22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2010-13252 GOVERNMENT DIVISION G

STATE OF LOUISIANA AND THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

VERSUS

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC.,

FILED: May 18, 2010 Mary W. Dandry
DEPUTY CLERK

PETITION

NOW INTO COURT, comes Plaintiff, the State Of Louisiana, to allege as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, La 70808;

(b) BP, P.L.C., an English public limited company doing business in the State of Louisiana, with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD, UK. Tel +44 (0)20 7496 4000. Registered in England and Wales No. 102498;

(c) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, La 70802-6129;

FILED 2010 MAY 18 A 11:42 ST. TAMMANY PARISH

(d) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, La 70808.

JURISDICTION AND VENUE

2.

Within the State Of Louisiana, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title

FAX FILED
MAY 17 2010

56 (hereinafter referred to as "Title"), or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

3.

Within the Parish of St. Tammany, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

4.

The offense by Defendants of killing, catching, taking, possessing or injuring fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation has been committed in the Gulf of Mexico within the waters of the State Of Louisiana, and the Parish of St. Tammany, which borders on the gulf, shall have territorial jurisdiction pursuant to La. R.S. 56:40.48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56: 40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1, *et seq.* may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred may bring a civil suit under La. R.S. 56:40.1 et seq. in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

**FACTUAL ALLEGATIONS**

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred in the Gulf Of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at the rate of approximately 210,000 gallons per day.

13.

The oil spill was uncontained and has entered into and continues to enter into the waters of the State Of Louisiana, including St. Tammany Parish and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife in the waters of the State Of Louisiana, including St. Tammany Parish.

14.

The oil spill was caused by Defendants' failure to comply with applicable statutes and regulations governing the exploration and production of minerals and the containment, removal and remediation of pollutants and contaminants in the event of a discharge or release.

15.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State Of Louisiana, including St. Tammany Parish.

16.

The Defendants have unlawfully killed, caught, taken, possessed, or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife. In addition Defendants may also be in violation of other state laws or regulations, and while in the act of violating these other state laws and regulations, have incidentally killed or injured any fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State Of Louisiana, including St. Tammany Parish.

17.

The Defendants are jointly, severally, and *in solido* liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

18.

The penalties and costs and attorney fees provided by La. R.S. 56:40.1, *et seq.* are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law. La. R.S. 56:40.7.

19.

Plaintiff asserts only those causes of action specifically pled in this petition, which causes of action arise solely under the provisions of La. R.S. 56:40.1, *et seq.* Notwithstanding any language in this petition to the contrary, plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly, severally and *in solido*, as follows:

a. in a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured;

b. Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c. Attorney's fees and costs of litigation;

d. Such other and further relief available under all applicable state laws.

Respectfully Submitted:

By: ______________________ 22825
Honorable Walter Reed La. Bar #
**DISTRICT ATTORNEY ST. TAMMANY PARISH**
701 N. Columbia Street; 70433
Telephone: (985) 809-8383

**CALVIN C FAYARD, JR. APC**
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

- and -

THORNHILL LAW FIRM, L.C.
Tom W. Thornhill (LA Bar #12776)
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010 Telephone
(985) 641-5011 Facsimile

SERVICE INSTRUCTIONS:

PLEASE PREPARE CITATION AND SERVE THE DEFENDANTS AS SET FORTH ABOVE

- and -

**HOWARD & REED**
Shawn C. Reed (LA Bar #14304)
516 N. Columbia Street
Covington, Louisiana 70433
(985) 893-3607 Telephone

22ND JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

NO. 2010-13252 GOVERNMENT DIVISION "G"

STATE OF LOUISIANA AND THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

VERSUS

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC.,

FILED: May 18, 2010 Mary A. Sander
DEPUTY CLERK

**MOITON AND ORDER TO SEAL**

**NOW INTO COURT**, comes Plaintiff, the State Of Louisiana, to allege as follows:

1.

The foregoing Petition is one of importance to the State that is subject to coordination through other state agencies and/or divisions and/or administrative offices. It is in the best interest of the Court, the State and Justice that this matter be sealed, subject to further orders of the Court.

2.

Pending further orders of the Court, this matter is subject to treatment as a confidential filing by the State of Louisiana by and through St. Tammany Parish to allow it to address emergency relief issues.

Respectfully Submitted:

By: [signature] 2225

Honorable Walter Reed La. Bar #
**DISTRICT ATTORNEY ST. TAMMANY PARISH**
701 N. Columbia Street; 70433
Telephone: (985) 809-8383

**CALVIN C FAYARD, JR. APC**
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

- and -

[signature]
THORNHILL LAW FIRM, L.C.
Tom W. Thornhill (LA Bar #12776)

**FAX FILED**
MAY 17 2010

1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010 Telephone
(985) 641-5011 Facsimile

HOWARD & REED
Shawn C. Reed (LA Bar #14304)
516 N. Columbia Street
Covington, Louisiana 70433
(985) 893-3607 Telephone

2010 - 13252
FILED

MAY 1 8 2010

MALISE PRIETO, CLERK
DEPUTY

SERVICE INSTRUCTIONS:

PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE

## ORDER TO MAINTAIN CONFIDENTIAL AND SEAL

Considering the nature of the claims, the pending emergency, the public interest, and the foregoing motion of the State to coordinate with the other parties in the recovery of rights and civil penalties claimed herein, it is in the interest of justice that the foregoing Petition remained sealed, pending further orders of the Court.

Signed in Covington, La. on this the 17th day of May, 2010.

DISTRICT JUDGE

**THORNHILL LAW FIRM, A PLC**
ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL
MITCHELL A. PALMER

CORNER OF GAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458
☎(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: office@thornhilllawfirm.com

2010-13252 G
FILED
MAY 18 2010
MALISE PRIETO- CLERK
Deputy Maya a Sanders

May 18, 2010

Via Hand Delivery

GOVERNMENT

Clerk of Court
22nd Judicial District Court
PO Box 1090
Covington, La 70433

Re: New Suit: *State of Louisiana and the Louisiana Department of Wildlife and Fisheries v. BP Exploration & Production Inc., BP PLC, BP Products North America, Inc. And BP America, Inc.*

Dear Madam Clerk:

Attached please find an 2 originals and four (4) copies of a *Petition* which was faxed on 5-17-10 for filing into the record of the Court. **Please return one date stamped original** to our office with the courier and issue service as set forth in the Petition.

Thank you for your courtesy. Please do not hesitate to contact the undersigned if you have any question.

Sincerely,

TOM W. THORNHILL

TWT/mj
Enclosures

FILED
2010 MAY 18 A 11:42
ST TAMMANY PARISH

FILED
JUN 0 1 2010
MALISE PRIETO-CLERK
Deputy

**THORNHILL LAW FIRM, L.C.**
ATTORNEYS AND COUNSELORS AT LAW

TOM W. THORNHILL

MITCHELL A. PALMER

CORNER OF GAUSE AND NINTH
1308 NINTH STREET
SLIDELL, LA 70458

e-mail: tom@thornhilllawfirm.com
other offices: Thornhill, Shrader and Burdette, APLC, Houston, Texas

☎(985) 641-5010
FAX: (985) 641-5011

May 28, 2010

**SEALED RECORD**

Malise Prieto
Clerk of Court for St. Tammany Parish
Attention Clerk of Division G, Margo Dandry
P.O. Box 1090
Covington, La. 70434
Fax: 985-809-8777

Re: State of LA v.BP Exploration & Production, Inc., et al
Suit No. 2010-13252 G

Dear Malise and Margo:

As counsel for the State of Louisiana, please hold service until the end of next week. I will provide you with any needed service instructions at that time.

At that time, we also intend to ask Judge Crain to lift the seal on the record.

Thanks for your cooperation in this matter.

Sincerely,

Tom W. Thornhill

ST. TAMMANY PARISH
STATE OF LOUISIANA
FILED FOR RECORD
2010 JUN -1 A 11:25
MALISE PRIETO
CLERK OF COURT

660

EXEMPT

# THORNHILL LAW FIRM, A PLC

ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL
MITCHELL A. PALMER

CORNER OF GAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458
(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: office@thornhilllawfirm.com

DATE: 17 May 2010

TO: St. Tammany Parish FAX #

Clerk of Court FAX # 985.809.8777

FAX #

FROM: Tom W. Thornhill

RE: State v. BP FILE#: 1415 B

MESSAGE: Please file under seal. We will hand deliver original tomorrow morning. Thanks, Tom

___ Per our discussion ___ For your information

___ Acknowledge receipt ___ Per your request

ORIGINAL BEING SENT BY:

___ First class mail ✓ Hand delivery

___ Overnight delivery ___ This will be the only form of delivery

This transmission consists of ______ pages, including this cover sheet. If you do not receive all of the pages, or if there are any problems with this transmission, please contact Christy Fugate at Thornhill Law Firm, A PLC.

FAX COPY

MAY 17 2010

Confidentiality Note:

The information contained in this facsimile message is legally privileged and confidential, intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above street address via the United States Postal Service

**EXEMPT**

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2010-13252 DIVISION "G"

STATE OF LOUISIANA AND THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

VERSUS

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC.,

FILED: ______________________ ______________________
DEPUTY CLERK

## PETITION

NOW INTO COURT, comes Plaintiff, the State Of Louisiana, to allege as follows

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge La 70808;

(b) BP, P.L.C., an English public limited company doing business in the State of Louisiana, with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD, UK. Tel +44 (0)20 7496 4000. Registered in England and Wales No. 102498,

(c) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, La 70802-6129;

(d) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, La 70808.

## JURISDICTION AND VENUE

2.

Within the State Of Louisiana, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title

**FAX COPY**

MAY 1 7 2010

56 (hereinafter referred to as "Title"), or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

3.

Within the Parish of St. Tammany, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

4.

The offense by Defendants of killing, catching, taking, possessing or injuring fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation has been committed in the Gulf of Mexico within the waters of the State Of Louisiana, and the Parish of St. Tammany, which borders on the gulf, shall have territorial jurisdiction pursuant to La. R.S. 56:40.48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56: 40 5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1, *et seq* may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred may bring a civil suit under La. R.S. 56:40.1 et seq. in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

## FACTUAL ALLEGATIONS

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred in the Gulf Of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at the rate of approximately 210,000 gallons per day.

13.

The oil spill was uncontained and has entered into and continues to enter into the waters of the State Of Louisiana, including St. Tammany Parish and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife in the waters of the State Of Louisiana, including St. Tammany Parish.

14.

The oil spill was caused by Defendants' failure to comply with applicable statutes and regulations governing the exploration and production of minerals and the containment, removal and remediation of pollutants and contaminants in the event of a discharge or release.

15.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State Of Louisiana, including St. Tammany Parish.

16.

The Defendants have unlawfully killed, caught, taken, possessed, or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife. In addition Defendants may also be in violation of other state laws or regulations, and while in the act of violating these other state laws and regulations, have incidentally killed or injured any fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State Of Louisiana, including St. Tammany Parish.

17.

The Defendants are jointly, severally, and *in solido* liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

18.

The penalties and costs and attorney fees provided by La. R.S. 56:40.1, *et seq.* are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law La. R.S. 56:40.7.

19.

Plaintiff asserts only those causes of action specifically pled in this petition, which causes of action arise solely under the provisions of La. R.S. 56:40.1, *et seq.* Notwithstanding any language in this petition to the contrary, plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly, severally and *in solido*, as follows:

a. in a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured,

b. Pre-judgment and post-judgment interest at the maximum rate allowable by law,

c. Attorney's fees and costs of litigation;

d. Such other and further relief available under all applicable state laws.

Respectfully Submitted:

By: [signature] 2225
Honorable Walter Reed La. Bar #
**DISTRICT ATTORNEY ST. TAMMANY PARISH**
701 N. Columbia Street; 70433
Telephone: (985) 809-8383

**CALVIN C FAYARD, JR. APC**
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

- and -

**THORNHILL LAW FIRM, L.C.**
Tom W. Thornhill (LA Bar #12776)
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010 Telephone
(985) 641-5011 Facsimile

SERVICE INSTRUCTIONS:

PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE

FAX COPY

MAY 17 2010

EXEMPT

22ND JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

NO. DIVISION "__"

STATE OF LOUISIANA AND THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

VERSUS

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC.,

FILED: ________________ ________________
DEPUTY CLERK

MOITON AND ORDER TO SEAL

NOW INTO COURT, comes Plaintiff, the State Of Louisiana, to allege as follows:

1.

The foregoing Petition is one of importance to the State that is subject to coordination through other state agencies and/or divisions and/or administrative offices. It is in the best interest of the Court, the State and Justice that this matter be sealed, subject to further orders of the Court.

2.

Pending further orders of the Court, this matter is subject to treatment as a confidential filing by the State of Louisiana by and through St. Tammany Parish to allow it to address emergency relief issues.

Respectfully Submitted:

By: ________________ 2225

Honorable Walter Reed La. Bar #
DISTRICT ATTORNEY ST. TAMMANY PARISH
701 N. Columbia Street; 70433
Telephone: (985) 809-8383

CALVIN C FAYARD, JR. APC
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

- and -

THORNHILL LAW FIRM, L.C.
Tom W. Thornhill (LA Bar #12776)

FAX COPY

MAY 17 2010

1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010 Telephone
(985) 641-5011 Facsimile

SERVICE INSTRUCTIONS:

PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE

**ORDER TO MAINTAIN CONFIDENTIAL AND SEAL**

Considering the nature of the claims, the pending emergency, the public interest, and the foregoing motion of the State to coordinate with the other parties in the recovery of rights and civil penalties claimed herein, it is in the interest of justice that the foregoing Petition remained sealed, pending further orders of the Court.

Signed in Covington, La. on this the 17th day of May, 2010.

DISTRICT JUDGE

FAX COPY

MAY 1 7 2010

** Transmit Confirmation Report **

P.1
ST TAM CLERK OF COURT Fax:985-809-8777

May 18 2010 08:19am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 96415011 | Normal | 18,08:18am | 0'50" | 1 | O K | |

*Malise Prieto*
Clerk of Court

22nd Judicial District
Parish of St. Tammany

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

ATTN: TOM THORNHILL

Fax: 985-641-5011

FROM: ST TAMMANY CLERK

Phone - 985-809-8700
Fax - 985-809-8777

Document Type: NEW SUIT

Date Received: 5/17/10

Title: STATE OF LOUISIANA VS BP EXPLORATION & PRODUCTION INC. ETAL

Suit NO: 2010-13252 G

AMOUNT DUE INCLUDING FAX FEE: NONE

## FAX RECEIPT

PLEASE ATTACH TO FRONT PAGE OF ORIGINAL PLEADINGS OR YOUR ORIGINAL SUIT MAY NOT BE FILED TIMELY.
PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

R.S.13:850. Facsimile transmissions: filings in civil actions; fees; equipment and supplies

A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B. Within five days, exclusive of legal holidays, after the Clerk of Court has received the transmission, the party filing the document shall forward the following to the Clerk.
(1) The original signed document
(2) The applicable filing fee (This includes fees for filing the fax pleadings as well as originals. New suits incur additional charges, such as judicial expense fund, parish council fee, etc...)
(3) A transmission fee of $5.00 plus $0.50 per pg & confirmation fee of $10.00.

C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. However, certain fees are still due the Clerk's office. Call for correct amount. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

D The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

Malise Prieto

Clerk of Court

22nd Judicial District
Parish of St. Tammany

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

ATTN: TOM THORNHILL

Fax: 985-641-5011

FROM: ST TAMMANY CLERK

Phone - 985-809-8700
Fax - 985-809-8777

Document Type: NEW SUIT

Date Received: 5/17/10

Title: STATE OF LOUISIANA VS BP EXPLORATION & PRODUCTION INC, ETAL

Suit NO: 2010-13252 G

AMOUNT DUE INCLUDING FAX FEE: NONE

# FAX RECEIPT

PLEASE ATTACH TO FRONT PAGE OF
ORIGINAL PLEADINGS OR YOUR ORIGINAL
SUIT MAY NOT BE FILED TIMELY.
PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

R.S.13:850. Facsimile transmissions: filings in civil actions; fees; equipment and supplies

A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B. Within five days, exclusive of legal holidays, after the Clerk of Court has received the transmission, the party filing the document shall forward the following to the Clerk:
(1) The original signed document
(2) The applicable filing fee (This includes fees for filing the fax pleadings as well as originals. New suits incur additional charges, such as judicial expense fund, parish council fee, etc...)
(3) A transmission fee of $5.00 plus $0.50 per pg & confirmation fee of $10.00.

C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. However, certain fees are still due the Clerk's office. Call for correct amount. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

D The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

ATTENTION FILING CLERK

THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

# THORNHILL LAW FIRM, A PLC

ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL
MITCHELL A. PALMER

CORNER OF CAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458
(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: tom@thornhilllawfirm.com

P-01

G

DATE: 5-28-10

TO: Attn: Margot
Clerk of Court

FAX: 985-809-8777

FROM: TOM W. THORNHILL

RE: Sealed suit

MESSAGE: Please see attached

___ Per our discussion ___ For your information

___ Acknowledge receipt ___ Per your request

ORIGINAL BEING SENT BY:

___ First class mail ___ Hand delivery on

___ Overnight delivery ___ This will be the only form of delivery

This transmission consists of _______ pages, including this cover sheet. If you do not receive all of the pages, or if there are any problems with this transmission, please contact Thornhill Law Firm, A PLC.

Confidentiality Note:

The information contained in this facsimile message is legally privileged and confidential, intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above street address via the United States Postal Service.

FAX COPY

MAY 28 2010

ow

**THORNHILL LAW FIRM, L.C.**
ATTORNEYS AND COUNSELORS AT LAW

TOM W. THORNHILL
MITCHELL A. PALMER

CORNER OF GAUSE AND NINTH
1308 NINTH STREET
SLIDELL, LA 70458

e-mail: tom@thornhilllawfirm.com
other offices: Thornhill, Shrader and Bordelle, APLC, Houston, Texas

*(985) 641-5010
FAX: (985) 641-5011

May 28, 2010

Malise Prieto
Clerk of Court for St. Tammany Parish
Attention Clerk of Division G, Margo Dandry
P.O. Box 1090
Covington, La. 70434
Fax: 985-809-8777

Re: State of LA v.BP Exploration & Production, Inc., et al
Suit No. 2010-13252 G

Dear Malise and Margo:

As counsel for the State of Louisiana, please hold service until the end of next week. I will provide you with any needed service instructions at that time.

At that time, we also intend to ask Judge Crain to lift the seal on the record.

Thanks for your cooperation in this matter.

Sincerely,

Tom W. Thornhill

FAX COPY

MAY 28 2010

Malise Prieto
Clerk of Court
22nd Judicial District
Parish of St. Tammany

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

ATTN: TOM W. THORNHILL — PHONE: 985-641-5011

FROM: ST TAMMANY CLERK — PHONE: 985-809-8700 FAX: 985-809-8777

DATE RECEIVED: MAY 28, 2010

RE: STATE OF LOUISIANA
VS. #2010-13252 "G" SEALED RECORD
BP EXPLORATION & PRODUCTION INC ET AL

FAX FILING (Received): 2 PAGES — AMT DUE W/FAX FEE: $ Exempt

# FAX CONFIRMATION

## PLEASE ATTACH TO FRONT PAGE OF ORIGINAL PLEADINGS OR YOUR ORIGINAL SUIT MAY NOT BE FILED TIMELY. PLACE THE SUIT NUMBER ON ALL PLEADINGS.

R.S.13:850. Facsimile transmissions: filings in civil actions; fees; equipment and supplies

A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B. Within five days, exclusive of legal holidays, after the Clerk of Court has received the transmission, the party filing the document shall forward the following to the Clerk:
(1) The original signed document
(2) The applicable filing fee (**This includes fees for filing the fax pleadings as well as originals. New suits incur additional charges, such as judicial expense fund, parish council fee, etc...)**
(3) **A transmission fee of $5.00 plus $ 0.50 per pg & confirmation fee $10.00**

C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. **However, certain fees are still due the Clerk's office. Call for correct amount.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

D The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

---

ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

703

** Transmit Confirmation Report **

P.1
ST TAM CLERK OF COURT Fax:985-809-8777

Jun 1 2010 10:10am

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 96415011 | Normal | 01,10:09am | 0'51" | 1 | O K | |

*Malise Prieto*
Clerk of Court

22nd Judicial District
Parish of St. Tammany

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

ATTN: TOM W. THORNHILL

PHONE: 985-641-5011

FROM: ST TAMMANY CLERK

PHONE: 985-809-8700
FAX: 985-809-8777

DATE RECEIVED: MAY 28, 2010

RE: STATE OF LOUISIANA
VS. #2010-13252 "G" SEALED RECORD
BP EXPLORATION & PRODUCTION INC ET AL

FAX FILING (Received): 2 PAGES

AMT DUE W/FAX FEE: $ Exempt

## FAX CONFIRMATION

PLEASE ATTACH TO FRONT PAGE OF
ORIGINAL PLEADINGS OR YOUR ORIGINAL
SUIT MAY NOT BE FILED TIMELY.
PLACE THE SUIT NUMBER ON ALL PLEADINGS.

R.S.13:850. Facsimile transmissions: filings in civil actions; fees; equipment and supplies

A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B. Within five days, exclusive of legal holidays, after the Clerk of Court has received the transmission, the party filing the document shall forward the following to the Clerk:
(1) The original signed document
(2) The applicable filing fee (This includes fees for filing the fax pleadings as well as originals. New suits incur additional charges, such as judicial expense fund, parish council fee, etc...)
(3) A transmission fee of $5.00 plus $ 0.50 per pg & confirmation fee $10.00

C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. However, certain fees are still due the Clerk's office. Call for correct amount. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

D The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

703

22ND JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

NO. 2010-13252 DIVISION "G"

STATE OF LOUISIANA AND THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

VERSUS

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC.,

FILED: June 4, 2010 [signature] DEPUTY CLERK

**MOTION AND ORDER TO WITHRAW AND VACATE MOTION/ORDER TO SEAL**

**NOW INTO COURT**, comes Plaintiff, the State Of Louisiana, to allege as follows:

1.

The previously filed Motion to Seal pending coordination with other Divisions and Agencies of the State should now be withdrawn from the record and the order to seal the record issued by this Honorable Court should be vacated and service commenced as instructed in the originally fax filed suit.

2.

Also, a typographical error in the paper copy of the fax filed Petition erroneously included the attachment of a sixth page referring to the Howard firm as counsel of record which should be removed from the record of the suit.

FILED 2010 JUN -4 P 1:37 ST TAMMANY PARISH

Respectfully Submitted:

By: [signature]
Honorable Walter Reed La. Bar #
**DISTRICT ATTORNEY ST. TAMMANY PARISH**
701 N. Columbia Street; 70433
Telephone: (985) 809-8383

**CALVIN C FAYARD, JR. APC**
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

- and –

THORNHILL LAW FIRM, L.C.
Tom W. Thornhill (LA Bar #12776)
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010 Telephone
(985) 641-5011 Facsimile

**ORDER TO WITHDRAW AND VACATE MOITON/ORDER TO PLACE UNDER SEAL**

Considering the foregoing Motion to Withdraw Motion to Seal and Vacate Order to Place Under Seal, and to conform the filed Petition to the fax Petition, it is hereby Ordered that the Motion to Seal shall be withdrawn and the Order to Seal vacated; and that the sixth page to the Petition erroneously showing the Howard firm as counsel attached to the hard filed copy shall, ~~be withdrawn from the record.~~ pursuant to plaintiff's request, not be part of the service copies.

Signed in Covington, Louisiana on this the 4th day of June, 2010.

DISTRICT JUDGE – DIVISION G

# THORNHILL LAW FIRM, A PLC

ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL
MITCHELL A. PALMER

CORNER OF GAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458
☎(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: office@thornhilllawfirm.com

June 4, 2010

*VIA FACSIMILE ONLY*

p-01

G

Attn: Margot
Clerk of Court
P.O. Box 1090
Covington, LA 70434
985-809-8777

Re: *State of Louisiana, et al. v. BP Exploration, et al.*
Docket No.: 2010-13252 "G"
Our File No.: 14158

Dear Margot:

Please issue service of Plaintiff's Petition to BP Exploration & Production, Inc., BP Products North America, Inc., and BP America, Inc., all through their agents for service of process as outlined on the first page of the Petition.

I will forward instructions for service to BP, P.L.C., on Monday, June 7, 2010.

Should you have any questions, pleased o not hesitate to contact me.

Sincerely,

Tom W. Thornhill

TWT/cdf

FAX COPY

JUN 04 2010

Malise Prieto
Clerk of Court
22nd Judicial District
Parish of St. Tammany

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

ATTN: TOM W. THORNHILL

PHONE: 985-641-5011

FROM: ST TAMMANY CLERK

PHONE: 985-809-8700
FAX: 985-809-8777

DATE RECEIVED: June 4, 2010

RE: STATE OF LOUISIANA ET AL
VS. #2010-13252- "G"
BP EXPLORATION ET AL

FAX FILING (Received): 1 PAGES

AMT DUE W/FAX FEE: $ Exempt

# FAX CONFIRMATION

## PLEASE ATTACH TO FRONT PAGE OF ORIGINAL PLEADINGS OR YOUR ORIGINAL SUIT MAY NOT BE FILED TIMELY. PLACE THE SUIT NUMBER ON ALL PLEADINGS.

R.S.13:850. Facsimile transmissions: filings in civil actions; fees; equipment and supplies

A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B. Within five days, exclusive of legal holidays, after the Clerk of Court has received the transmission, the party filing the document shall forward the following to the Clerk:
(1) The original signed document
(2) The applicable filing fee (**This includes fees for filing the fax pleadings as well as originals. New suits incur additional charges, such as judicial expense fund, parish council fee, etc...**)
(3) **A transmission fee of $5.00 plus $ 0.50 per pg & confirmation fee $10.00**

C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. **However, certain fees are still due the Clerk's office. Call for correct amount.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

D The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

---

ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

703

** Transmit Confirmation Report **

P.1 Jun 4 2010 03:12pm
ST TAM CLERK OF COURT Fax:985-809-8777

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 96415011 | Normal | 04,03:11pm | 0'50" | 1 | O K | |

*Malise Prieto*
Clerk of Court

22nd Judicial District
Parish of St. Tammany

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

ATTN: TOM W. THORNHILL PHONE: 985-641-5011

FROM: ST TAMMANY CLERK PHONE: 985-809-8700
FAX: 985-809-8777

DATE RECEIVED: June 4, 2010

RE: STATE OF LOUISIANA ET AL
VS. #2010-13252- "G"
BP EXPLORATION ET AL

FAX FILING (Received): 1 PAGES AMT DUE W/FAX FEE: $ Exempt

## FAX CONFIRMATION

**PLEASE ATTACH TO FRONT PAGE OF ORIGINAL PLEADINGS OR YOUR ORIGINAL SUIT MAY NOT BE FILED TIMELY. PLACE THE SUIT NUMBER ON ALL PLEADINGS.**

R.S.13:850. Facsimile transmissions: filings in civil actions; fees; equipment and supplies

A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B. Within five days, exclusive of legal holidays, after the Clerk of Court has received the transmission, the party filing the document shall forward the following to the Clerk:
(1) The original signed document
(2) The applicable filing fee (**This includes fees for filing the fax pleadings as well as originals. New suits incur additional charges, such as judicial expense fund, parish council fee, etc...**)
(3) **A transmission fee of $5.00 plus $ 0.50 per pg & confirmation fee $10.00**

C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. **However, certain fees are still due the Clerk's office. Call for correct amount.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

D The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

703

STATE OF LOUISIANA, ET AL — No. 2010-13252 G

22nd Judicial District Court
Parish of St. Tammany
Louisiana

Versus

BP EXPLORATION & PRODUCTION INC.,

ET AL

TO THE DEFENDANT BP PRODUCTS NORTH AMERICA, INC., through its registered agent for service of process, The Prentice-Hall Corporation System, Inc., 320 Somerulos Street, Baton Rouge, LA 70802-6129

You are hereby summoned to comply with the demand contained in the petition/ of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable Judges of said Court this 4th day of June A.D. 2010

*Malise Prieto*, CLERK OF COURT

BY: s/ Margo A. Dandry

DEPUTY CLERK OF COURT

Attorney Tom W. Thornhill P01
1308 Ninth Street
Slidell, LA 70458

Received on ________, 20 ____, and on the ____ day of ________, 20 ____,
I served a true copy of the within ________________,
on ________________ in person,
at domicile with ________________
in ________ Parish, a distance of ________ miles from the Court House.

________________
Deputy Sheriff

Parish of ________________

K-101 101-15

STATE OF LOUISIANA, ET AL

No. 2010-13252 G

22nd Judicial District Court
Parish of St. Tammany
Louisiana

Versus

BP EXPLORATION & PRODUCTION, INC., ET AL

TO THE DEFENDANT BP EXPLORATION & PRODUCTION INC., through its registered agent for service of process: CT CORPORATION SYSTEM, 5615 Corporate Blvd., Ste 400B, Baton Rouge, LA 70808

You are hereby summoned to comply with the demand contained in the petition/ of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable Judges of said Court this 4th day of June A.D. 2010

*Malise Prieto*, CLERK OF COURT

BY: s/ Margo A. Dandry

DEPUTY CLERK OF COURT

Attorney Tom W. Thornhill P01
1308 Ninth Street
Slidell, LA 70458

Received on __________, 20 ____, and on the ____ day of __________, 20 ____,
I served a true copy of the within ____________________,
on ____________________ in person,
at domicile with ____________________
in __________ Parish, a distance of __________ miles from the Court House.

____________________
Deputy Sheriff

Parish of ____________________

STATE OF LOUISIANA, ET AL — No. 2010-13252 G

Versus

BP EXPLORATION & PRODUCTION INC., ET AL

**22nd Judicial District Court**
**Parish of St. Tammany**
**Louisiana**

TO THE DEFENDANT BP AMERICA, INC., through its registered agent for service of process: CT Corporation System, 5615 Corporate Blvd., Ste 400B, Baton Rouge, LA 70808

You are hereby summoned to comply with the demand contained in the petition/ of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court In and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable Judges of said Court this 4th day of June A.D. 2010

*Malise Prieto*, CLERK OF COURT

BY: s/ Margo A. Dandry

DEPUTY CLERK OF COURT

Attorney Tom W. Thornhill P01
1308 Ninth Street
Slidell, LA 70458

Received on ________, 20 ____, and on the ______ day of __________, 20 ____,
I served a true copy of the within ______________________,
on ______________________ in person,
at domicile with ______________________
in ____________ Parish, a distance of ____________ miles from the Court House.

______________________
Deputy Sheriff

Parish of ______________________



Malise Prieto

Clerk of Court

22nd Judicial District
Parish of St. Tammany

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

June 4, 2010

HON. SID J. GAUTREAUX
CIVIL SHERIFF
EAST BATON ROUGE PARISH
P. O. BOX 3277
BATON ROUGE, LA 70821

RE: STATE OF LOUISIANA, ET AL
VS.# 2010-13252 G
BP EXPLORATION & PRODUCTION INC., ET AL

Dear Sir:

Enclosed please find a CITATION and certified copy along with a certified copy of the PETITION to be served on the following:

**BP EXPLORATION & PRODUCTION INC.**, through its registered agent for service of process: CT CORPORATION SYSTEM, 5615 Corporate Blvd., Ste 400B, Baton Rouge, LA 70808

**BP PRODUCTS NORTH AMERICA, INC.**, through its registered agent for service of process, The Prentice-Hall Corporation System, Inc., 320 Somerulos Street, Baton Rouge, LA 70802-6129

**BP AMERICA, INC.**, through its registered agent for service of process: CT Corporation System, 5615 Corporate Blvd., Ste 400B, Baton Rouge, LA 70808

After service has been made, please mail your return to this office for filing.

Also, enclosed please find our check in the amount of $ made payable to YOU for services rendered.

Please call me at 985-809-8769 if I can answer questions on this matter.

Sincerely,

Margo A. Dandry
Deputy Clerk